United States District Court
Southern District of Texas
**ENTERED**
September 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-22-2001 |
| | § | |
| 5860 SAN FELIPE LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER TO RESPOND

Counsel for Wayne Thomas is directed to respond to the defendant's motion for new trial no later than September 27, 2024.

SIGNED on September 9, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge