IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS, | § | |
| an individual, | § | |
|         Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-4:22-cv-2001 |
| | § | |
| 5860 SAN FELIPE, LTD., | § | |
| a Texas Limited Partnership, | § | |
|         Defendant. | § | |

**DEFENDANT 5860 SAN FELIPE, LTD.'S REPLY BRIEF IN SUPPORT OF ITS BRIEF TO SUPPLEMENT TRIAL RECORD**

COMES NOW Defendant 5860 San Felipe, LTD ("Defendant") and files this Reply Brief in Support of its Brief to Supplement Trial Record and would show the Court as follows:

### I.   ARGUMENTS AND AUTHORITY

**1. The State Of Texas only Relies on Registered Accessibility Specialists to advise on ADA Compliance**

Plaintiff argues in his Response brief that Defendant's expert's understanding of the ADA is "fundamentally flawed." This is based on their Florida architect's report and opnions. However, in Texas, the State relies upon Registered Accessibility Specialists to advise if properties are in compliance with the ADA. *See* 16 Texas Admin. Code §68.41 ("The owner of a building or facility with a project required to be registered under §68.21 must obtain an inspection by a registered accessibility specialist..") To the extent the experts disagree on what the ADA requires, only defendant's expert, Parker Atkins, is a registered accessibility specialist. He is licensed by the State of Texas to inspect and advise on ADA compliance. The State of Texas entrusts him to tell it whether or not a property complies with the ADA. His understanding of the ADA is not "fundamentally flawed." If the State of Texas trusts his opinions, then so should this Court.

**2. Property is Already Compliant**

Plaintiff continues to try and force Defendant to comply with the current ADA requirements for new construction. This facility was more than a decade before the ADA was drafted, and thus only must meet the criteria for an existing facility. The ramps at the property were the readily achievable modification that has worked for three decades. The property complies with the ADA as an existing facility with effective barrier removals. Nothing more needs to be done, as confirmed by a registered accessibility specialist.

## II.  CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant 5860 San Felipe, LTD prays that Defendant's Brief in Support of its Supplement Trial Record be granted by Order of the Court, ordering that no further modifications to the property shall be made, and for such other and further relief, in law and in equity, to which Defendant shows itself justly entitled.

Respectfully submitted,
**MEHAFFYWEBER, P.C.**
By:/s/*Maryalyce W. Cox*
Maryalyce W. Cox
State Bar No. 24009203
One Allen Center
500 Dallas, Suite 2800
Houston, Texas  77002
Telephone  - (713) 655-1200
Telecopier  - (713) 655-0222
maryalycecox@mehaffyweber.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing document was furnished to counsel for Plaintiff on April 28, 2025, pursuant to the Federal Rules of Civil Procedure.