**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WAYNE THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-22-2001 |
| | § | |
| 5860 SAN FELIPE, LTD., | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF APPEAL**

Defendant 5860 San Felipe, Ltd. appeals to the United States Court of Appeals for the Fifth Circuit from the judgment entered on March 13, 2026 (Doc. 107).[*]

Dated: April 8, 2026.

Respectfully Submitted,

**MEHAFFYWEBER, P.C.**

By: /s/Maryalyce W. Cox
Maryalyce W. Cox
State Bar No. 24009203
One Allen Center
500 Dallas, Suite 2800
Houston, Texas 77002
Telephone - (713) 655-1200
Telecopier - (713) 655-0222
maryalycecox@mehaffyweber.com

*Attorney for Defendant 5860 San Felipe, Ltd.*

[*] For the avoidance of doubt, this notice encompasses (among other merged orders) the August 8, 2024 final judgment (Doc. 73). *See* Fed. R. App. P. 3(c)(4)–(5), 4(a)(4)(A); *Norsworthy v. Houston Indep. Sch. Dist.*, 70 F.4th 332, 335 (5th Cir. 2023). Defendant 5860 San Felipe Ltd. timely filed a motion for new trial or in the alternative motion to modify final judgment (Doc. 76). Plaintiff Wayne Thomas separately moved for entry of judgment (Doc. 105). The Court's March 13, 2026 judgment granted Plaintiff's motion, while denying Defendant's motion. (Doc. 107, at 1–2, 10–11).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice was served upon all parties receiving notice through the Court's CM/ECF noticing platform for this case on April 8, 2026.

*/s/Maryalyce W. Cox*
Maryalyce W. Cox